UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SHERA L. B.,

        Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. C18-5938-BHS-MLP

REPORT AND RECOMMENDATION

    Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. (Dkt. # 6.) The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. # 17.)

    Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"). On remand, the Appeals Council will direct the ALJ to obtain evidence from a medical expert, if available, to clarify the nature and severity of the Plaintiff's impairments; reassess the medical opinions of Dr. Fisher, Dr. Bowes, Dr. Wingate, and Dr. Gallagher, and explain the weight, if any, afforded to each; reconsider the Plaintiff's symptoms; reassess the Plaintiff's residual functional capacity; further evaluate whether the Plaintiff can

perform the physical and mental demands of her past relevant work, and proceed with the sequential evaluation, as necessary.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412 and costs pursuant to 28 U.S.C. § 1920.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that the Honorable Benjamin H. Settle immediately approve this Report and Recommendation. The Clerk should note the matter for April 30, 2019 as ready for Judge Settle's consideration. A proposed order accompanies this Report and Recommendation.

DATED this 30th day of April, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2