UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHERA L. B.,<br><br>     Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | CASE NO. C18-5938 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge. Dkt. 18. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) The final decision of the Commissioner is **REVERSED** and

the case is **REMANDED** to the Social Security Administration for further

administrative proceedings consistent with the Report and Recommendation.

Dated this 6th day of May, 2019.


_____
BENJAMIN H. SETTLE
United States District Judge

ORDER